Dooley and Husband vs. Gibson et al.

## No. 7720.

### MARY E. DOOLEY AND HUSBAND VS. JOHN GIBSON ET AL.

Possession *nomine proprio* is of the essence of the possessory action.

APPEAL from the Tenth Judicial District Court, parish of Caddo.
  Boarman, J.
  *J. S. Hargrave* for defendants and appellants.
  *Looney & Elstner* for plaintiffs and appellees.

  J. S. Hargrave, for defendants and appellants, contended :

The plaintiffs have themselves shown that they are the tenants of de-
    fendants, and therefore are not entitled to the possessory action
    against them.

  Looney & Elstner, for plaintiffs and appellees, contended :
The plaintiffs have proved clearly that they are the owners of the prop-
    erty for the possession of which they are suing, and that they have
    been illegally disposssssed within the present year. No argument
    is necessary to show that the decree of the lower court is correct.

  The opinion of the court was delivered by
  WHITE, J. This is a possessory action. The record is very imperfect,
not only because the case seems to have been not over well made out
below, but also because some of the documentary evidence offered is not
in the transcript. However, as the omitted documents were apparently
offered by the appellants, and our conclusion does not in any way
depend upon the proof which could result from them, we will not *ex
mero motu* dismiss the appeal,. which has not been formally asked by
the appellees.

  We think the judgment below erroneous, because the plaintiff in
her own testimony admits that after the possession of defendant she
occupied the property by defendant's consent, as an occupant or tenant
at will, thereby cutting herself off from the possessory, whatever may be
her rights to a petitory action. Whatever may have been the nature of
her possession previous to her moving into the property with the con-
sent of the defendant, the recognition which the asking for the consent
and the action under it imported was obviously an interruption of her
possession. During her possession under the consent of defendant she
cannot be considered as holding as owner. C. P. 49 *et seq.* Possession
*nomine proprio* is of the essence of the possessory action. Benton vs.
Roberts, 2 A. 749 ; Anderson vs. Smith, 4 A. 525. Judgment reversed,
and plaintiffs' demand rejected with costs in both courts.